IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR233 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JASON ARMSTRONG and | ) | |
| TAMIKA PAYNE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Tamika Payne (Payne) to sever her trial on the Indictment from the trial of the co-defendant Jason Armstrong (Armstrong) (Filing No. 24). Payne seeks severance on account of an incriminating confession by Armstrong implicating Payne. Payne urges a joint trial would violate her rights under the Confrontation Clause under **Bruton v. United States**, 391 U.S. 123 (1968). While redaction and limiting instructions pursuant to **Richardson v. Marsh**, 481 U.S. 200 (1987), and **United States v. Edwards**, 159 F.3d 1117 (8th Cir. 1998), may be possible, the government concedes the motion (Filing No. 29). Accordingly, the motion to sever will be granted.

**IT IS ORDERED:**

Payne's motion to sever (Filing No. 24) is granted. The trial of the Indictment against Payne shall be separate from the trial of co-defendant Armstrong.

DATED this 9th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge